IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **STATE OF CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**W. DANIEL ISAACSON, et al.,**<br><br>Defendants. | CV 04-2145 DSF (VBKx)<br><br>**RENEWAL OF JUDGMENT**<br><br>Courtroom: 7D<br>Judge: The Honorable Dale S. Fischer |

The State of California Department of Toxic Substances Control filed an Application for Renewal of Judgment on August 1, 2019. The judgment entered on August 7, 2009, in the above-captioned case in favor of the State of California Department of Toxic Substances Control and against defendant, W. Daniel Isaacson, is hereby renewed as follows:

Defendant, W. Daniel Isaacson, shall be liable to pay the State of California Department of Toxic Substances Control the total renewed judgment amount of: $298,849.31, which represents:

///

| | |
|---|---|
| 1) Total unpaid judgment: | 150,000.00 |
| 2) Interest after judgment: | <u>148,849.31</u> |
| 3) Total renewed judgment: | 298,849.31. |

This renewal extends the period of enforceability of the judgment until 10 years from the date the Application for Renewal was filed with this court. In all other aspects, the original judgment remains the same.

Dated: 8/6/2019 , 2019

CLERK, UNITED STATES DISTRICT COURT

By: /s/ Jennylam
Deputy Clerk

LA2016600187
PROPOSED RENEWAL OF JUDGMENT.docx

# CERTIFICATE OF SERVICE

| | |
|---|---|
| Case Name: **DTSC, et al. v. W. Daniel Isaacson, et al.** | No. **CV 04-2145 DSF (VBKX)** |

I hereby certify that on <u>August 1, 2019</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**[PROPOSED] RENEWAL OF JUDGMENT**

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

I further certify that some of the participants in the case are not registered CM/ECF users. On <u>August 1, 2019</u>, I have caused to be mailed in the Office of the Attorney General's internal mail system, the foregoing document(s) by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within three (3) calendar days to the following non-CM/ECF participants:

W.Daniel Isaacson  
615 Magnolia Avenue  
Brea, CA 92821  
*(Defendant)*

Donna Isaacson  
1685 Calle de Cinco  
La Jolla, CA 92037  
*(Defendant)*

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on <u>August 1, 2019</u>, at San Diego, California.

| Charlette Sheppard | *[signature]* |
|---|---|
| Declarant | Signature |

LA2016600187  
71914003.docx